# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**WISCONSIN CARPENTERS PENSION FUND,**
**WISCONSIN CARPENTERS HEALTH FUND,**
**NORTHERN WISCONSIN REGIONAL COUNCIL**
**OF CARPENTERS VACATION FUND,**
**NORTHERN WISCONSIN CARPENTERS**
**APPRENTICESHIP & JOURNEYMAN TRAINING FUND,**
**LABOR MANAGEMENT COOPERATION TRUST FUND,**
**CONTRACT ADMINISTRATION FUND,**
**NORTHERN WISCONSIN REGIONAL**
**COUNCIL OF CARPENTERS,**
**and BRIAN GENTRY,**

                    **Plaintiffs,**

   **vs.**                                                      **Case No. 05-C-1150**

**PRECISION PANELS, INC.,**

                      **Defendant.**
_____

## ORDER FOR JUDGMENT
_____

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Precision Panels, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Precision Panels, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the

effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. The court assesses the total damages to the Plaintiffs in the sum of $58,900.37 for unpaid contributions, liquidated damages and interest through June 30, 2005, attorneys fees and costs.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry, and against Defendant Precision Panels, Inc. in the amount of $58,900.37 for unpaid contributions, liquidated damages and interest through June 30, 2005, attorneys fees and costs together with interest at the rate allowed by law.

Dated this 20th day of December, 2005.

                BY THE COURT

                s/ Rudolph T. Randa
                HON. RUDOLPH T. RANDA
                Chief Judge