UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**WISCONSIN CARPENTERS PENSION FUND,**
**WISCONSIN CARPENTERS HEALTH FUND,**
**NORTHERN WISCONSIN REGIONAL COUNCIL**
**OF CARPENTERS VACATION FUND,**
**NORTHERN WISCONSIN CARPENTERS**
**APPRENTICESHIP & JOURNEYMAN TRAINING FUND,**
**LABOR MANAGEMENT COOPERATION TRUST FUND,**
**CONTRACT ADMINISTRATION FUND,**
**NORTHERN WISCONSIN REGIONAL**
**COUNCIL OF CARPENTERS,**
**and BRIAN GENTRY,**

                **Plaintiffs,**

    **vs.**                                                                                 **Case No. 05-C-1150**

**PRECISION PANELS, INC.,**

                **Defendant.**

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
---

       This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

       **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Northern Wisconsin Regional Council of Carpenters Vacation Fund, Northern Wisconsin Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, Northern Wisconsin Regional Council of Carpenters, and Brian Gentry, recover from the Defendant Precision Panels, Inc. the sum of $58,900.37 for unpaid contributions, liquidated damages and interest

through June 30, 2005, attorneys fees and costs, with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 20th day of December, 2005.

SOFRON B. NEDILSKY
Clerk of Court


s/ Linda M. Zik
Deputy Clerk


Approved as to form this 20th day of December, 2005.


s/ Rudolph T. Randa
Chief Judge